Mickey R. Taylor Sr Midland County Detention Center #387716

FILED

MAY 19 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

7:20-cv-124-DC-RCG

To Whom it May Concern,

I Wanted to first Send in the Application to proceed In Forma Pauperis to the Court.

I hope it is ok that I leave Some of the blank Spots unfilled. My being unshure of what Defendants name as well as their associated address Should fill the particular spots, I feel May need to be left to the proper Court authorites..

Defendants in this Matter are: (for lack of Knowing actual names) example, John Doe Sheriff's Deputys #1-6, John Doe Deputy Supervisor #1 + #2, Midland County, Texas, Jane and John Doe jail guards #1 + 2, City of Midland, Texas to name a few..

I Will be Sending in the Complaint - claims Shortly after as Soon as I obtain the Stamps.

Thank You & Good Day

Taylor #387716
Midland County
Detention Center
P. O. Box 11387
Midland, TX 79702

Legal Mail

RECEIVED
MAY 19 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____________ DEPUTY

MIDLAND / ODESSA
TX 797 1 T
18 MAY 2020 PM

FOREVER
USA

U.S. District Court
Western District of Texas
United States Courthouse
200 E. Wall Street, Room 222
Midland, TX 79701

79701$9999